UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 3:09-cr-00125 |
| LOUIS J. LEVINE | ) ) ) | JUDGE HAYNES |

UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL

The United States of America, by and through the Assistant United States Attorney below, hereby requests that this Court allow the United States to file a response to a motion under seal. In support thereof, the United States submits the following:

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order # 167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system.

The United States therefore respectfully request that this Honorable Court permit the filing of said response under seal for the reasons stated by defendant in his motion for leave to file his motion to suppress under seal.

                                                                               Respectfully submitted,

                                                                               EDWARD M. YARBROUGH
                                                                               United States Attorney for the
                                                                               Middle District of Tennessee

                                                                               s/ S. Carran Daughtrey
                                                                               S. Carran Daughtrey
                                                                               Assistant United States Attorney
                                                                               110 Ninth Avenue, South, Suite A-961
                                                                               Nashville, Tennessee 37203
                                                                               Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been provided by electronic filing to Peter Strianse, on this the 12th day of May, 2010.

                                                  s/ S. Carran Daughtrey
                                                S. Carran Daughtrey