UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:09-00125 |
| ) | Chief Judge Haynes |
| LOUIS J. LEVINE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF A FINAL ORDER
OF FORFEITURE AS TO THE CANON ES50
CAMCORDER AND MAXWELL HI8 MILLIMETER TAPE**

Pursuant to 18 U.S.C. § 2253 and the procedures set forth at 18 U.S.C. § 2253, Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), the United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following property:

    a.    the Canon ES50 camcorder and Maxwell hi8 millimeter tape seized from Defendant's residence (133 Alton Road, Nashville, Tennessee) on or about March 31, 2009

hereinafter collectively referred to as "Subject Property," forfeiting to the United States of America the Defendant Louis J. Levine's interest in the Subject Property. Notice of the forfeiture has been provided, and no petitions have been filed. The United States now moves for entry of a final order of forfeiture forfeiting the Subject Property with no right, title and interest existing in any other party and to be disposed of according to law.

A memorandum of law and facts in support of this Motion is filed simultaneously herewith.