UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,                )
                                         )
Plaintiff,                               )
                    v.                   )        No. 3:09-00125
                                         )        Chief Judge Haynes
LOUIS J. LEVINE,                         )
                                         )
Defendant.                               )

## FINAL ORDER OF FORFEITURE AS TO THE CANON ES50
## CAMCORDER AND MAXWELL HI8 MILLIMETER TAPE

WHEREAS, on September 24, 2012, this Court entered a Preliminary Order of Forfeiture

as to Defendant Louis J. Levine ordering Defendant Levine to forfeit the following property:

    a.    the Canon ES50 camcorder and Maxwell hi8 millimeter tape seized from
Defendant's residence (133 Alton Road, Nashville, Tennessee) on or
about March 31, 2009

(hereinafter collectively referred to as "Subject Property");

WHEREAS, the United States caused to be published notice of this forfeiture and of the

intent of the United States to dispose of the Subject Property in accordance with the law and as

specified in the Preliminary Order, and further notifying all third parties of their right to petition

the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the

validity of their alleged legal interest in the property was advertised on-line at

"www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days

beginning on September 27, 2012 and ending on October 26, 2012; and

WHEREAS, there are no other persons or entities known which would require direct

notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, the Subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the Defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this _____ day of _____, 2013.

_____
WILLIAM J. HAYNES, JR.
United States Chief District Court Judge

2